**People of the State of Illinois, Plaintiff-Appellee, v. George Williams, Defendant-Appellant.**

Gen. No. 52,604. █

First District, Second Division.
November 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; no appearance made in behalf of appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.